**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION, DATA THEFT LITIGATION | MDL No. 2595 |

This Document Relates to:
Maes v. CHS, et al.,
United States District Court of New Mexico
Case No. 1:14-cv-1090-JB/CG

**PLAINTIFFS' NOTICE OF WITHDRAWAL
OF OPPOSITION TO CONDITIONAL TRANSFER ORDER-1**

COME NOW the Plaintiffs, Lisa Maes, et al., by and through their attorneys of record, the BRANCH LAW FIRM (Turner W. Branch, Esq.) and hereby withdraw their opposition to Conditional Transfer Order-1, filed on February 13, 2015.

Dated: February 19, 2015.

Respectfully submitted,
BRANCH LAW FIRM


*/s/ Turner W. Branch*
Turner W. Branch, Esq.
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
tbranch@branchlawfirm.com
mbranch@branchlawfirm.com
(505) 243-3500 Telephone
(505) 243-3534 Facsimile
Attorneys for Plaintiff Lisa Maes, et al.

1